OPINION — AG — SAID SET OF SPELLERS WHICH HAVE BEEN SELECTED BY THE STATE TEXTBOOK COMMITTEE MAY LAWFULLY BE ADOPTED FOR USE IN THE TULSA SCHOOL DISTRICT, AND MAY BE USED IN SUCH DISTRICT, NOTWITHSTANDING THE AUTHORSHIP THEREOF BY ADMINISTRATORS IN THE TULSA SCHOOL DISTRICT, WHO HAVE DIRECTED THAT ALL ROYALTIES PAYABLE TO THEM FROM THE SALE THEREOF FOR USE IN THE TULSA SCHOOL DISTRICT BE PAID TO THE TULSA SCHOOL DISTRICT. CITE: 70 O.S.H. 16-21 (J. H. JOHNSON)